Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

_____ Division

| | |
|---|---|
| Isaac Thompson | Case No. 1:21-CV-00805-KWR-KK |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| San Juan County Sheriff | |
| San Juan County Sheriffs' Department | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 10 2021

MITCHELL R. ELFERS
CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Isaac Thompson_

All other names by which you have been known: _____

ID Number _58295509_

Current Institution _Cibola County Correction Center_

Address _PO Box 3540_

_Milan_ _NM_ _87021_
City    State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)* _San Juan County Sheriff_

Shield Number

Employer _San Juan County_

Address _____

_____
City    State    Zip Code

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

Name _San Juan County Sheriffs' Department_

Job or Title *(if known)*

Shield Number

Employer _San Juan County, NM_

Address _____

_____
City    State    Zip Code

☐ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____
_____
City          State          Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____
_____
City          State          Zip Code

☐ Individual capacity   ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

This is a RICO Act case.
Petitioner is sueing under the
RICO Act and 42 USC 1983,

A.     Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

right to a fair trial
illegal imprisonment
State has no jurisdiction
Feds have no jurisdiction

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

right to a fair trial
illegal imprisonment
States and Feds have no jurisdiction due to RICO Act
violations.

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant is acting like it has jurisdiction when it does not have jurisdiction and is operating as a criminal enterprise in violation of the RICO Act, 18USC1962. See IV.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒  Pretrial detainee
- ☐  Civilly committed detainee
- ☐  Immigration detainee
- ☐  Convicted and sentenced state prisoner
- ☐  Convicted and sentenced federal prisoner
- ☐  Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Petitioner was arrested by the San Juan ~~Sherriff~~ sheriff on February 12, 2021. SEE PAGE 4a, 4b

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Petitioner, Isaac Thompson, was arrested by the San Juan Sheriffs' Department on February 12, 2021 and charged with violating probation by carrying a fire arm. Petitioner was in Sheriffs' custody until August 3, 2021, when he was transfered into Federal custody.

Petitioner asserts that the San Juan Sheriff and the San Juan Sheriffs' Department have NO JURISDICTION to arrest anyone in the State of New Mexico. The following Facts and Grounds prove No Jurisdiction. The San Juan Sheriff is an elected official. All elected officials in the State of New Mexico must give oath and surety bond, and all oaths and bonds are to be tranferred and held at the New Mexico Secretary of States Office, and recorded in a ledger. NMSA 10-2-7.

No elected officials, including the San Juan Sheriff, have surety bonds on file at the Secretary of States Office (see Affidavit of Fact; 1st District Court of N.M., State of N.M. v. Donald Sharp, May 2020, Exhibit 1, pgs. 1-9). This affidavit includes a letter from Maggie Oliver, Secretary of State's Office, which states there are no bonds for elected officials at the Secretary of States Office. In fact, the Secretary has removed the surety bond laws from the Secretary's Lobby computer so the public cannot view the laws. The secretary's staff, Romona, tells

the public that the laws are repealed when they are not repealed to cover up the crimes elected officials are perpetrating on the public.

According to the New Mexico court case know as: Bowman Bank and Trust v. Risk National Bank, 1930, all elected officials are required to give oath and bond (surety bond) as required by law. If they fail to give oath and bond, they fail to oust incumbent from office. This means they fail to enter office, and they have no jurisdiction or authority to perform the duties of office whatsoever. This is Major Fraud Against the U.S., 18 USC 1031. This is Advocating for the overthrow of government, 18 USC 2385. This is acting as a principal who collects unlawful debt in violation of the RICO Act, 18 USC 1962.

Racketeering Influenced Corrupt Organizations (RICOs) are enemies of the people of the U.S.. The San Juan Sheriffs' Department is operating as part of a RICO. It adheres to, gives aid and comfort to the enemy RICO, the definition of treason. Therefore, the criminal Sheriffs' Department has no jurisdiction over anyone.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

*February 12, 2021*

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

*Alledgedly petitioner had a firearm on his person*

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*illegal imprisonment*

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

*Major fraud Against the U.S. and petitioner has occurred. Petitioner is seeking $5 million plus another $15 Million for RICO Act escalation of penalties; seeking the seizure of the assets of the Sheriff and Deputies under RICO Act and Trump's executive order, 12-21-2017, seizing the assets of those involved in corruption.*

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Claim arised at time of arrest*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes, *but not applicable*

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No, *not applicable*

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No   *not applicable*

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

_____

2.   What did you claim in your grievance?

_____

3.   What was the result, if any?

_____

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

   *Grievance is with the San Juan sheriffs department*

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *N/A*

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No    *just this RICO Act case.*

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
   Plaintiff(s)      _____
   Defendant(s)     _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3.   Docket or index number

   _____

4.   Name of Judge assigned to your case

   _____

5.   Approximate date of filing lawsuit

   _____

6.   Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.    _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   *No*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/29/2021

Signature of Plaintiff    _Isaac Thompson_

Printed Name of Plaintiff    Isaac Thompson

Prison Identification #    58295509

Prison Address    PO Box 3540

Milan                    NM        87021
_City_                _State_        _Zip Code_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
_City_                _State_        _Zip Code_

Telephone Number    _____

E-mail Address    _____

Isaac Thompson
Po Box 3540
Milan, NM 87021

Legal Mail

CoreCivic
Inmate Mail
Not responsible
for content

United States Federal Court
Clerk Suite 270
333 Lomas Blvd.
Albuquerque, NM 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 0 2021

MITCHELL R. ELFERS
CLERK

Legal Mail

CONFIDENTIAL

